PER CURIAM.

(No. 75-CC-1024—)

VILLAGE OF OLD SHAWNEETOWN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed May 13, 1975.*

VILLAGE OF OLD SHAWNEETOWN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.